# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT L. TAYLOR,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 06-4055-JPG-DGW |
| | ) |
| **BOSTON SCIENTIFIC CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**GILBERT, District Judge**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed without prejudice, without costs and with the right to reopen the action if settlement is not consummated within sixty (60) days. The dismissal will be with prejudice sixty (60) days after the date of this Order. The Court retains jurisdiction over this matter for the purposes of settlement enforcement.

**IT IS SO ORDERED.**

Dated:  April 10, 2006

                                                       s/ J. Phil Gilbert
                                                      **U. S. District Judge**